JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| CRYSTAL CALDWELL, | CV 13-03866-MMM (SH) |
| Petitioner, | JUDGMENT |
| v. | |
| PEOPLE, | |
| Respondent. | |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed without prejudice.

DATED: March 31, 2014

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE